UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                              :

UNITED STATES OF AMERICA        :

    -against-                :        **ORDER**

  Sohail Khan                  :        09cr1067 (JSR)
                                              :         Docket #
------------------------------------x

<u>HJon. Jed S. Rakoff</u>, **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to this case

<u>Jonathan Marvinny</u> is hereby ordered substituted
   Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to <u>Jessica Ortiz</u>, NUNC-PRO-TUNC _____.
                             Attorney's Name

                                  SO ORDERED.

                              *Jed S. Rakoff, U.S.D.J.*
                            UNITED STATES DISTRICT JUDGE

Dated:   New York, New York    July 14, 2021