**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x
                               :

UNITED STATES OF AMERICA      :

                              :

      -against-              :            **ORDER**

                              :

          Sohail Khan         :

                              :       09cr1067 (JSR)

                              :       Docket #
---------------------------------------x


    Jed S. Rakoff,    , **DISTRICT JUDGE:**
       Judge's Name

The C.J.A. attorney assigned to this case

   Jonathan Marvinny        is hereby ordered substituted
      Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Valerie Gotlib     , NUNC-PRO-TUNC        .

                Attorney's Name

                       **SO ORDERED.**

                  *Jed S. Rakoff, U.S.D.J.*

              **UNITED STATES DISTRICT JUDGE**


**Dated:**   **New York, New York**  July 14, 2021